UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ALLEN BAKER, #182416,

    Plaintiff,

v.

COUNTY OF MISSAUKEE, et al.,

    Defendant.

_____/

File No: 1:09-cv-1059

HON. ROBERT HOLMES BELL

# **O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that, Plaintiff's Objections, (Dkt. No. 65), are **OVERRULED IN PART and SUSTAINED IN PART**.

**IT IS FURTHER ORDERED** that, with the exceptions noted in the Court's opinion, the Magistrate Judge's Report and Recommendation, (Dkt. No. 64), is **APPROVED and ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss by Defendant Lake City, (Dkt. No. 36), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss by the Missaukee County Defendants, (Dkt. No. 41), is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss by Defendant Ureta, (Dkt. No. 22), is **DENIED**.

**IT IS FURTHER ORDERED** that all claims involving Plaintiff's criminal case, including challenges to the effectiveness of his counsel, his competency to stand trial, allegedly coercive interrogation, and the admissibility of his statements to police, are **DISMISSED**.

Dated: May 3, 2011                                        /s/ Robert Holmes Bell
                                                                    ROBERT HOLMES BELL
                                                                    UNITED STATES DISTRICT JUDGE